AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

United States of America
v.
GUANGTIAN HA
*Defendant*

Case No. 26-491

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* GUANGTIAN HA ,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
18:2261A(2) CYBERSTALKING

Date: 09/30/2026

s/ JIMMY CRUZ, DEPUTY CLERK
*Issuing officer's signature*

City and state: PHILADELPHIA, PA

George Wylesol, Clerk of Court
U.S. District Court, Eastern District of PA

/S/ GEORGE V. WYLESOL, CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on *(date)* 10/01/26 , and the person was arrested on *(date)* 10/06/26
at *(city and state)* Haverford, PA .

Date: 10/07/2026

*Arresting officer's signature*

Robert M. Lythgoe, FBI Special Agent
*Printed name and title*